# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

     v.           Crim. No. 5:13-CR-251-1FL

**ANDREA GOMEZ**

  On August 24, 2012, the above named was placed on a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

               I declare under penalty of perjury that the foregoing is true and correct.

               /s/ Michael C. Brittain  
               Michael C. Brittain  
               Senior U.S. Probation Officer  
               310 New Bern Avenue, Room 610  
               Raleigh, NC 27601-1441  
               Phone: 919-861-8674  
               Executed On: October 14, 2015

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

  Dated this __15th__ day of __October__, 2015.

               _____  
               Louise W. Flanagan  
               U.S. District Judge